IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL ANTWINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-2928 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memoranda and Orders entered June 1, 2010 and August 3, 2010, the plaintiff's claims are dismissed, with prejudice.

This is a final judgment.

SIGNED on August 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge